# Court of Appeals
# of the State of Georgia

ATLANTA, September 27, 2013

*The Court of Appeals hereby passes the following order:*

**A14I0021. FORKS TIMBER COMPANY, INC. v. HERITAGE BANK OF THE SOUTH, AS SUCCESSOR-IN-INTEREST TO THE TATTNALL BANK.**

Forks Timber Company, Inc. has filed an application for interlocutory appeal from the trial court's September 9, 2013 order granting summary judgment to Heritage Bank of the South and awarding Heritage Bank judgment against Forks Timber Company in the amount of $80,134.57. Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). Although the trial court retained jurisdiction over the parties with respect to claims seeking expenses of litigation and punitive damages, and although the third-party claim between Forks Timber Company and James O. Hardwick remains pending, "[t]he grant of partial summary judgment as to one or more but fewer than all the claims or parties is reviewable by direct appeal if the notice of appeal is filed within 30 days of the rendition of such judgment." *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425 (1) (333 SE2d 622) (1985). Therefore, the order in this case is subject to direct appeal.

We will grant an otherwise timely application for either interlocutory or discretionary appeal if the lower court's order is subject to direct appeal. See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004); OCGA § 5-6-35(j). Accordingly, this application is hereby GRANTED, and Forks Timber Company shall have ten days from the date of this order to file a notice of appeal with the trial court. If Forks Timber Company has already filed a notice of appeal, it need not file a

second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,* 09/27/2013
         *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
         *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ Stephen E. Castlen _____ , *Clerk.*